# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**LORENZO PRICE**                                                                             **PLAINTIFF**

**VS.**                                                                         **NO. 2:10-cv-81-KS-MTP**

**CREDIT ACCEPTANCE CORPORATION;**
**CLAY HINTON, INDIVIDUALLY, and**
**CLAY HINTON d/b/a CNRS&Z, INC.; and**
**NATHAN'S, LLC**                                                 **DEFENDANTS**

## STATE COURT FILE